**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6388**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

MICHAEL STEVENSON VIANDS, a/k/a Mike,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
Chief District Judge.  (3:00-cr-00057-JPB-3)

_____

Submitted: June 18, 2009         Decided:  June 24, 2009

_____

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Stevenson Viands, Appellant Pro Se.  Paul Thomas
Camilletti, Assistant United States Attorney, Martinsburg, West
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Stevenson Viands appeals the district court's order granting his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Viands</u>, No. 3:00-cr-00057-JPB-3 (N.D.W. Va. Feb. 9, 2009). We deny Viands' motion for clarification. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>